| | |
|---|---|
| Angela C. Agrusa, Esq. (SBN: 131337)<br>aagrusa@linerlaw.com<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>Telephone: (310) 500-3500<br>Facsimile: (310) 500-3501<br><br>Attorneys for Plaintiff<br>JOE DRAKE, an individual domiciled in Arizona | JS-6 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DRAKE, an individual domiciled in Arizona,<br><br>            Plaintiff,<br><br>    vs.<br><br>BOYD CODDINGTON HOT ROD & COLLECTIBLES, INC., a California corporation,<br><br>            Defendant. | Case No. SACV 08-0545 JVS<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

[PROPOSED] JUDGMENT PURSUANT TO STIPULATION

0038681/001/ 408242v01

IT HAVING BEEN STIPULATED by and between Plaintiff Joe Drake ("Drake") and Defendant Boyd Coddington Hot Rods & Collectibles, Inc. ("Coddington"), that judgment may be entered in favor of Drake and against Coddington in accordance with the terms of that Stipulation for Entry of Judgment, dated October 9, 2008 (the "Stipulation") and GOOD CAUSE APPEARING THEREFORE

It is ORDERED, ADJUDGED, and DECREED as follows:

1. Drake is awarded damages in the amount of $113,000, plus interest at a rate of 10% running from May 2007 until the completion of payment, pursuant to the Stipulation;

2. This Court shall retain jurisdiction to enforce this Judgment until the full amount of the Judgment, including all interest thereon, has been paid in full by Coddington;

3. Drake has the immediate rights to enforce and execute upon this Judgment, in his favor and against Coddington, and to exercise all of his rights and remedies in connection therewith;

4. The Court Clerk is ordered to enter this Judgment forthwith.

Dated: October 14, 2008

HON. JAMES V. SELNA
Judge, United States District Court

[PROPOSED] JUDGMENT PURSUANT TO STIPULATION

0038681/001/ 408242v01

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2

3   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, California 90024-3503. On October 10, 2008, I served the within document(s) described as:

**[PROPOSED] JUDGMENT PURSUANT TO STIPULATION**

on the interested parties in this action as stated below:

Paul M. Konapelsky, Esq.
Law Offices of Paul M. Konapelsky
13 Corporate Plaza, Suite 150
Newport Beach, California  92660
Tel:  (949) 720-2022

[X]   (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2008, at Los Angeles, California.

   Dragana Swinson
   (Type or print name)                                         (Signature)

2
[PROPOSED] JUDGMENT PURSUANT TO STIPULATION

0038681/001/ 408242v01